1  **JASON G. REVZIN**
   Nevada Bar No. 8629
2  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   6385 S. Rainbow Blvd., Suite 600
3  Las Vegas, Nevada 89118
4  Telephone: (702) 893-3383
   Facsimile:  (702) 893-3789
5  Email: jason.revzin@lewisbrisbois.com
   **COUNSEL FOR DEFENDANT TRANS UNION LLC**
6

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| SANDRA L. SCARLETTE,<br><br>Plaintiff,<br><br>v.<br><br>PLUSFOUR, INC., TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, INC.,<br><br>Defendants. | Case No. 2:18-cv-01723-RFB-VCF<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Sandra L. Scarlette ("Plaintiff"), and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to Respond to Plaintiff's Complaint.

On September 7, 2018, Plaintiff filed her Complaint. On October 3, 2018, Trans Union was served with Plaintiff's Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is October 24, 2018.

Trans Union needs additional time to investigate, locate and assemble documents relating to Plaintiff's claims. In addition, Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including November 21, 2018.

Dated this 24th day of October, 2018

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/ *Jason G. Revzin*
Jason G. Revzin (Nevada Bar No. 8629)
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: Jason.revzin@lewisbrisbois.com
*Counsel for Trans Union LLC*

/s/ *Michael Kind*
David H. Krieger (Nevada Bar No. 9086)
Haines & Krieger, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518
Email: dkrieger@hainesandkrieger.com

Michael Kind (Nevada Bar No. 13903)
Kazerouni Law Group, APC
6069 South Fort Apache Rd., Suite 100
Las Vegas, NV 89148
(800) 400-6808 x7
(800) 520-5523 Fax
Email: mkind@kazlg.com
*Counsel for Plaintiff*

## **ORDER**

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated this 24th day of October, 2018.

UNITED STATES MAGISTRATE JUDGE