MORRIS LAW GROUP
411 E. BONNEVILLE AVE., SUITE 360, LAS VEGAS, NEVADA 89101
702/474-9400 · FAX 702/474-9422

Raleigh C. Thompson, NV Bar No. 11296
Ryan Lower, NV Bar No. 9108
MORRIS LAW GROUP
411 E. Bonneville Ave., Suite 360
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Email: rct@morrislawgroup.com
Email: rml@morrislawgroup.com

Attorneys for Defendant
PLUSFOUR, INC.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA L. SCARLETTE,<br><br>Plaintiff,<br><br>v.<br><br>PLUSFOUR, INC.; TRANS UNION LLC; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No. 2:18-cv-01723-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1(a), 6-2 and 7-1, and Federal Rule of Civil Procedure 6(b), Defendant PlusFour, Inc. ("Defendant") and Plaintiff Sandra L. Scarlette ("Plaintiff"), by and through their respective counsel of record, hereby stipulate as follows:

Defendant has requested, and Plaintiff has consented to, an extension of the time for Defendant to respond to Plaintiff's Complaint (ECF No. 1, filed on September 7, 2018) from October 26, 2018 to November 9, 2018.

///
///

MORRIS LAW GROUP
411 E. BONNEVILLE AVE., SUITE 360, LAS VEGAS, NEVADA 89101
702/474-9400 · FAX 702/474-9422

Rule 6(b) requires the Court to approve an extension of time for Defendant to file an answer, and therefore the Parties collectively request the Court approve the agreement, as set forth below:

    a.    This is the Parties' first stipulation for an enlargement of time to respond to the Complaint;

    b.    The Parties stipulate and agree that the deadline for Defendant to file an answer or otherwise respond to Plaintiff's Complaint shall be extended to on or before November 9, 2018; and

    c.    Defendant requested this extension to give its counsel sufficient time to meaningfully assess Plaintiff's claims before responding to the Complaint.  This stipulation is not made for purposes of delay.

Dated:  October 25, 2018

By: /s/ *Raleigh Thompson*
  Raleigh C. Thompson (11296)
  Ryan M. Lower (9108)
  MORRIS LAW GROUP
  411 E. Bonneville Ave., Ste. 360
  Las Vegas, Nevada 89101

Attorneys for Defendant
PLUS FOUR, INC.

Dated:  October 25, 2018

By: /s/ *Michael Kind*
  Michael Kind
  KAZEROUNI LAW GROUP, INC.
  6069 South Fort Apache Road, Ste.100
  Las Vegas, Nevada 89148

Attorneys for Plaintiff
SANDRA L. SCARLETTE

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 10-25-2018