Raleigh C. Thompson, NV Bar No. 11296
Ryan Lower, NV Bar No. 9108
MORRIS LAW GROUP
411 E. Bonneville Ave., Suite 360
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Email: rct@morrislawgroup.com
Email: rml@morrislawgroup.com

Attorneys for Defendant
PLUSFOUR, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA L. SCARLETTE,<br><br>Plaintiff,<br><br>v.<br><br>PLUSFOUR, INC.; TRANS UNION LLC; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No. 2:18-cv-01723-RFB-VCF<br><br>STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT<br><br>(SECOND REQUEST) |

Pursuant to Local Rules IA 6-1(a), 6-2 and 7-1, and Federal Rule of Civil Procedure 6(b), Defendant PlusFour, Inc. ("Defendant") and Plaintiff Sandra L. Scarlette ("Plaintiff"), by and through their respective counsel of record, hereby stipulate as follows:

Defendant has requested, and Plaintiff has consented to, a second extension of the time for Defendant to respond to Plaintiff's Complaint (ECF No. 1, filed on September 7, 2018) from November 9, 2018 to November 21, 2018. The parties previously stipulated to, and the Court ordered, an extension of this deadline from October 26, 2018 to November 9, 2018. *See* ECF No. 13 (Order).

Rule 6(b) requires the Court to approve an extension of time for Defendant to file an answer, and therefore the Parties collectively request the Court approve the agreement, as set forth below:

    a.    This is the Parties' second stipulation for an enlargement of time to respond to the Complaint;

    b.    The Parties stipulate and agree that the deadline for Defendant to file an answer or otherwise respond to Plaintiff's Complaint shall be extended to on or before November 21, 2018; and

    c.    Defendant requested this extension to give its counsel sufficient time to meaningfully assess Plaintiff's claims before responding to the Complaint and to allow the parties to continue settlement discussions that may resolve the case prior to PlusFour responding to the Complaint. This stipulation is not made for purposes of delay.

Dated: November 6, 2018

By: /s/ Raleigh Thompson
Raleigh C. Thompson (11296)
Ryan M. Lower (9108)
MORRIS LAW GROUP
411 E. Bonneville Ave., Ste. 360
Las Vegas, Nevada 89101

Attorneys for Defendant
PLUS FOUR, INC.

Dated: November 6, 2018

By: /s/ Michael Kind
Michael Kind
KAZEROUNI LAW GROUP, INC.
6069 South Fort Apache Road, Ste.100
Las Vegas, Nevada 89148

Attorneys for Plaintiff
SANDRA L. SCARLETTE

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 11/8/18