JEREMY J. THOMPSON
Nevada Bar No. 12503
**CLARK HILL PLLC**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
E-mail: jthompson@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 862-8400

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

SANDRA L. SCARLETTE,

    Plaintiff,

v.

PLUSFOUR, INC.; TRANS UNION LLC; and EQUIFAX INFORMATION SERVICES LLC,

    Defendants.

Case No.: 2:18-cv-01723-RFB-VCF

**SUBSTITUTION OF ATTORNEY**

Equifax Information Services, LLC hereby substitutes Jeremy J. Thompson, Address: 3800 Howard Hughes Parkway, Suite 500, Las Vegas, NV 89169; Telephone: (702) 862-8300, as attorney of record in place and stead of: Bradley T. Austin, Snell & Wilmer LLP, 3883 Howard Hughes Pkwy., Ste. 1100, Las Vegas, NV 89169.

DATED: 1/4/19

_____
Equifax Information Services, LLC

I consent to the above substitution.

DATED: 1/3/19

_____
Bradley T. Austin, Esq.

I am duly admitted to practice in this District.

Above substitution accepted.

DATED: 1/2/2019

_____
Jeremy J. Thompson, Esq.

Please check one: ✓ RETAINED, or ___ APPOINTED BY THE COURT

DATED: 1-4-2019

APPROVED:

[signature]

UNTIED STATES ~~DISTRICT~~ JUDGE
Magistrate